1  GIA N. MARINA, ESQ.
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   1700 South Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada  89135
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
5  *Attorney for Defendant*
   *National Consumer Telecom & Utilities*
6  *Exchange, Inc.*

7

8  **UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA**

9

10 GEORGE MAGALLON,                              )
                                                 )  **Case No. 2:25-cv-01557**
11              Plaintiff,                       )
                                                 )  **JOINT MOTION FOR EXTENSION OF
12 vs.                                           )  TIME FOR DEFENDANT NATIONAL
                                                 )  CONSUMER TELECOM & UTILITIES
13 NATIONAL CONSUMER TELECOM &                   )  EXCHANGE, INC. TO FILE ANSWER
   UTILITIES EXCHANGE, INC,                      )
14                                               )  FIRST REQUEST
                                                 )
15                                               )
           Defendants.                           )
16                                               )
                                                 )
17                                               )
                                                 )
18                                               )

19       Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has

20 requested an extension of time to answer, move or otherwise respond to the Complaint in this

21 matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

22 STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or

23 otherwise respond to the Complaint in this action is extended from September 18, 2025 through

24 and including **October 17, 2025**.  The request was made by NCTUE so that it can have an

25 opportunity to

26 //

27

28

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 18th day of September, 2025.

CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N. Marina, Esq.
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com

*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

<u>*No opposition*</u>
/s/ *Gerardo Avalos*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 9/19/2025

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 18th day of September, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com